**Horace Paul HOUTCHENS**

v.

**Tammy Lee HOUTCHENS.**

No. 82–461–M.P.

Supreme Court of Rhode Island.

Dec. 30, 1982.

Corcoran, Peckham & Hayes, P.C., Kathleen Managhan, Newport, for plaintiff-respondent.

Schreiber Law Associates, Ira L. Schreiber, William L. Bernstein, Providence, for defendant-petitioner.

### ORDER
The petition for writ of certiorari is granted.

**Nancy E. MAZZARELLI**

v.

**Oswald A. MAZZARELLI.**

No. 80–567–A.

Supreme Court of Rhode Island.

Dec. 30, 1982.

Howard I. Lipsey, Providence, for plaintiff-respondent.

Oswald A. Mazzarelli, pro se.

### ORDER
The defendant's petition for rehearing as prayed is denied.

**In re MONDO.**

No. 82–567–M.P.

Supreme Court of Rhode Island.

Dec. 30, 1982.

Stephen C. Bridge, Asst. Public Defender, for petitioner.

Dennis J. Roberts II, Atty. Gen., John J. McMahon, Sp. Asst. Atty. Gen., for respondent.

### ORDER
The petition for writ of habeas corpus is denied.